It is therefore ordered that the appellant show proof of filing of the notice of appeal on the Commission pursuant to R.C. 4903.13 no later than Friday February 12, 2010.

## MISCELLANEOUS DISMISSALS

**2009–1520.   State v. Kupay–Zimerman.**
Cuyahoga App. No. 92043, 2009-Ohio-3596. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1:

**2009–2192.   State ex rel. Bardwell v. Cleveland.**
Cuyahoga App. No. 91831, 2009-Ohio-5688.

**2009–2193.   State ex rel. Kroger Co. v. Johnson.**
Franklin App. No. 09AP–89, 2009-Ohio-5781.

**2009–2293.   State ex rel. Mahajan v. State Med. Bd. of Ohio**
In Mandamus.

**2010–0049.   State ex rel. Ready v. Indus. Comm.**
Franklin App. No. 09AP–90, 2009-Ohio-6271.

**2010–0052.   Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–V–211.

## CASE ANNOUNCEMENTS
*February 10, 2010*

[Cite as *02/10/2010 Case Announcements*, 2010-Ohio-354.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–2128.   [State ex rel.] Evans v. Court of Appeals, Tenth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed. Motion for leave to join parties denied as moot.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2186.   State ex rel. Winfrey v. Swift.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

MOYER, C.J., and O'CONNOR, J., dissent and would grant the writ in part.

**2009–2246.   State ex rel. Arnold v. Adams.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

Lanzinger, J., dissents and would grant an alternative writ.

**2009–2275.   State ex rel. Thomas v. Hendon.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.